J-S03018-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| JOHN GRAZIOLI | : | |
| | : | |
| Appellant | : | No. 685 WDA 2019 |

Appeal from the Judgment of Sentence Entered April 5, 2019
In the Court of Common Pleas of Erie County Criminal Division at No(s):
CP-25-CR-0001341-2018

BEFORE:   McLAUGHLIN, J., McCAFFERY, J., and PELLEGRINI, J.[*]

CONCURRING MEMORANDUM STATEMENT BY McLAUGHLIN, J.:

FILED: March 10, 2020

Appellant John Grazioli provided some evidence that he was intoxicated when he testified that he ingested alcohol, cocaine, marijuana, and Ativan on the night in question. However, because there was no evidence from any source of the degree of his intoxication, let alone that he was intoxicated to the extent of "losing his faculties and sensibilities," the trial court properly refused the voluntary intoxication instruction.

---

[*] Retired Senior Judge assigned to the Superior Court.